JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
*ALLSTATE FIRE AND*
*CASUALTY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY**<br>**(THIRD REQUEST)** |

Pursuant to L.R. IA 6-1, the parties, through their respective undersigned counsel, jointly submit this Stipulation to Extend Time to Complete Discovery. This is the second request made by the parties.

1. **Status of Discovery to date:**

Plaintiff made her initial disclosures as required by FRCP 26(a)(1) on March 14, 2017 and made a supplemental disclosure on May 16, 2017. Defendant made its initial disclosures as required by FRCP 26(a)(1) on March 16, 2017 and made a supplemental disclosure on March 27, 2017. On March 29, 2017, Defendants served their first sets of Interrogatories, Requests for Production of Documents, and Requests for Admissions on Plaintiff. On April 20, 2017, Plaintiff served her first set of Requests for Production of Documents on Defendant.

Defendant responded to that set on May 22, 2017. Plaintiff responded to Defendant's first set of discovery on July 5, 2017 and July 12, 2017. Defendant propounded its 2nd Set of

Requests for Production of Documents on July 10, 2017 to which Plaintiff responded on September 13, 2017. In the interim, Defendant supplemented its disclosures on August 1, 2017 and Plaintiff propounded her 2nd Set of Requests for Production on August 10, 2017. Defendant responded to those requests on October 2, 2017.

On March 5, 2018, Defendant has produced additional documents in response to the requests for production subject to agreed-upon terms of a stipulated protective order regarding confidentiality of the documents.

On March 5, 2018, Defendant has also produced a privilege log in response to certain productions made pursuant to FRCP 26 and to Plaintiff's requests for production.

Additionally, Defendant has taken the deposition of Plaintiff Brenda Thompson.

Additionally, Defendant has served subpoenas duces tecum upon various medical providers as well as the Las Vegas Metropolitan Police Department and the Las Vegas Fire & Rescue. In particular, Defendant has served medical provider Dr. Marjorie Belsky and Integrated Pain Specialists with both a subpoena duces tecum and a deposition notice for the FRCP 30(b)(6) witness for the medical practice related to Dr. Belsky and Integrated Pain Specialists. Importantly, there is an independent Federal Court action entitled *Allstate Insurance Company et al. v. Marjorie Belsky, MD* et al., 2:15-cv-2265-MMD-CWH. As a result of this other action, counsel in the present action have had to coordinate with Dr. Belsky's personal counsel in order to obtain records and to set her deposition. The records have now been obtained. Counsel are working on setting Dr. Belsky's deposition, in both her personal capacity as well as the FRCP Rule 30(b)(6) witness for her medical practice.

Additionally, Plaintiff has noticed FRCP Rule 30(b)(6) depositions for Defendant Allstate as well as four (4) individual depositions. There have been discovery issues raised with respect to these depositions going forward. Counsel for the parties have conducted no less than three telephone calls in attempt to resolve these issues. It is agreed that the FRCP Rule 30(b)(6) depositions on the first two categories can move forward. Allstate has agreed to bring these witnesses to Las Vegas and scheduling is underway.

However, the parties are still conferring on the third category which specifically addresses Allstate's investigation regarding issues of the other Federal Court Action, *Allstate*

*Insurance Company et al. v. Marjorie Belsky, MD, et al.* In that case, Allstate alleges amongst other things, that Dr. Belsky committed insurance fraud in treating the Plaintiffs. There are significant issues which have not been resolved, focusing primarily upon issues of attorney client privilege. The Parties herein seek a dispute resolution conference with the Court to address this particular discovery issue.

Additionally, Defendant is attempting to obtain potential additional discovery materials from the other Federal Court action, *Allstate Insurance Company et al. v. Marjorie Belsky, MD, et al.* Notably, counsel for Defendant Allstate in this matter is different from counsel for Allstate in the other Federal Court action.

The parties need additional time to resolve these discovery disputes, possibly including possible motion practice, and to complete additional necessary discovery before they exchange expert reports. Further discovery, including disclosure of experts, is dependent upon the discovery sought. The parties wish to extend existing deadlines by 120 days. The parties have conferred regarding potential deposition dates.

The parties propose to extend the dates as follows:

**2.     Proposed Discovery Schedule:**

   **a.     Subjects of Discovery:**

The subjects of discovery shall remain as set forth in the parties' initial Discovery Plan.

   **b.     Discovery Cut-off date:**

The parties request that this discovery cut-off date be extended from April 18, 2018 to August 28, 2018.

   **c.     Amending the Pleadings/Adding Parties:**

The parties do not request a change to the deadline as neither party intends to amend the pleadings or add parties.

   **d.     Initial Expert disclosures:**

The parties request that the deadline for initial expert disclosures be extended from February 17, 2018 to June 17, 2018.

   **e.     Rebuttal Expert disclosures:**

The parties request that the deadline for rebuttal expert disclosures be extended from

March 19, 2018 to July 19, 2017.

**f.  Dispositive motions:**

The parties request that the deadline for dispositive motions be extended from May 18, 2018 to September 28, 2018

**g.  Pre-Trial Order:**

The parties request that the deadline for the Pre-trial Order be extended from June 17, 2018 to October 17, 2018. If dispositive motions are pending, the deadline will be suspended until 30 days after the decision(s) on the dispositive motions or further court order.

**h.  Discovery Conference**

The parties will be filing a motion for discovery dispute resolution with the Court in order to bring resolution to current discovery dispute.

RESPECTFULLY SUBMITTED this ____ day of March, 2018.

PYATT SILVESTRI                                    MATTHEW L. SHARP, LTD.

_____     /s/ Matthew L. Sharp
JAMES P.C. SILVESTRI, ESQ.                MATTHEW L. SHARP, ESQ.
701 Bridger Avenue, Suite 600              Nevada Bar No. 4746
Las Vegas, Nevada 89101                    432 Ridge Street
jsilvestri@pyattsilvestri.com                   Reno, NV 89501
Attorney for Defendant,                        matt@mattsharplaw.com
ALLSTATE FIRE AND                            Attorney for Plaintiff
CASUALTY INSURANCE COMPANY

EGLET PRINCE


/s/ Dennis M. Prince
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
400 South Seventh St., Fourth Floor
Las Vegas, NV 89101
eservice@egletlaw.com
Attorneys for Plaintiff

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, March 9, 2018, I received concurrence from Plaintiff's counsel, Matthew L. Sharp, Esq. and Dennis M. Price, Esq., to file this document with their respective electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 9, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603

## ORDER

IT IS SO ORDERED.

DATED this 13th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 9th day of March, 2018, I deposited in the United States Mail at Las Vegas, Nevada, postage fully prepaid, a true and correct copy of the foregoing **STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY (THIRD REQUEST)**, and I also electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Matthew L. Sharp, Esq.
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com
Attorney for Plaintiff

Dennis M. Prince, Esq.
Tracy A. Eglet, Esq.
EGLET PRINCE
400 South Seventh St., 4th Floor
Las Vegas, NV 89101
eservice@egletlaw.com
Attorneys for Plaintiff

/s/ Barbara Abbott
An employee of PYATT SILVESTRI