JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
ALLSTATE FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: 2:17-cv-00181-JCM-VCF |

### STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by and through their undersigned counsel of record, that the time for Defendant, Allstate Insurance Company to submit its Opposition to Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents (hereinafter "Defendant's Opposition") until **June 1, 2018**. Plaintiff's Motion, ECF No. 21, was filed on May 10, 2018. **Defendant's Opposition is currently due on May 24, 2018**. No hearing has been set in this matter. This is the Parties' first request. The Parties are working towards finalizing a binding arbitration agreement and seek to extend the deadline for Defendant's Reply in order to permit the Parties sufficient time to finalize and execute the agreement.

**IT IS FURTHER STIPULATED AND AGREED** that the time for filing Replies will be extended to and including **June 8, 2018**.

This Stipulation to extend the time for filing of Oppositions and Replies is not for purposes of delay. Information needed to respond to the current Motion necessarily comes from other litigation involving, directly or indirectly, parties and witnesses to this case, much of which is subject to other protective orders. The pending extension request will have no prejudice and is not sought for an improper purpose or delay.

Dated this 24th day of May, 2018.  Dated this 24th day of May, 2018.

MATTHEW L. SHARP, LTD.  EGLET PRINCE

/s/ Matthew L. Sharp
MATTHEW L. SHARP, ESQ.
Nevada Bar. No. 4746
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com

/s/ Dennis M. Prince
DENNIS M. PRINCE, ESQ.
Nevada Bar. No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar. No. 12107
400 South 7th St., 4th Floor
Las Vegas, NV 89101
eservice@egletlaw.com

DATED this 24th day of May, 2018.

PYATT SILVESTRI

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar. No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Allstate Insurance Company

**ORDER**

**IT IS SO ORDERED** this <u>24th</u> day of <u>May</u>, 2018.

_____
Cam Ferenbach
United States Magistrate Judge

Submitted by:

PYATT SILVESTRI

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar. No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Allstate Insurance Company

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, May 24, 2018, I received concurrence from Plaintiff's counsel, Matthew L. Sharp and Dennis M. Prince, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 24th day of May, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000