# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRENDA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | 2:17-cv-00181-JCM-VCF<br><br>**ORDER** |

  Before the Court is Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents (ECF No. 21).

  Accordingly,

  IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents (ECF No. 21) is scheduled for 10:00 AM, June 21, 2018, in Courtroom 3D.

  DATED this 15th day of June, 2018.

                         CAM FERENBACH
                         UNITED STATES MAGISTRATE JUDGE