JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
*ALLSTATE FIRE AND*
*CASUALTY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRENDA THOMPSON,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.

CASE NO.: 2:17-cv-00181-JCM-VCF

**STIPULATION AND ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS [#21]**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, BRENDA THOMPSON, by and through her attorneys, Matthew L. Sharp, Esq., of the law firm of MATTHEW L. SHARP, LTD., and Dennis M. Prince, Esq., of the law firm of EGLET PRINCE, and Defendant ALLSTATE INSURANCE COMPANY (hereinafter "ALLSTATE"), by and through its attorney, James P.C. Silvestri, Esq., of the law firm of PYATT SILVESTRI, that the hearing on Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents [#21] be vacated and be continued to the Court's next available date.

/ / /

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

1

*CASE NO.: 2:17-cv-00181-JCM-VCF*
*Thompson v. Allstate Insurance Company*
*STIPULATION AND ORDER RESETTING HEARING*

DATED this 18th day of June, 2018.

| MATTHEW L. SHARP, LTD. | EGLET PRINCE |
|---|---|
| /s/ Matthew L. Sharp | /s/ Dennis M. Prince |
| MATTHEW L. SHARP, ESQ. | DENNIS M. PRINCE, ESQ. |
| Nevada Bar No. 4746 | Nevada Bar No. 5092 |
| 432 Ridge Street | 400 South 7th St., 4th Floor |
| Reno, NV 89501 | Las Vegas, NV 89101 |
| matt@mattsharplaw.com | eservice@egletlaw.com |
| Attorney for Plaintiff, BRENDA THOMPSON | Attorney for Plaintiff, BRENDA THOMPSON |

PYATT SILVESTRI

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com
Attorney for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents [#21] will be reset by the Court.
Dated this 19th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

PYATT SILVESTRI

_____
JAMES P.C. SILVESTRI, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com
Attorney for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

IT IS HEREBY ORDERED that the hearing scheduled for June 21, 2018 at 10:00 AM is VACATED and RESCHEDULED for 3:00 PM, July 2, 2018, in Courtroom 3D.

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

2

CASE NO.: 2:17-cv-00181-JCM-VCF
*Thompson v. Allstate Insurance Company*
STIPULATION AND ORDER RESETTING HEARING

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, June 18, 2018, I received concurrence from Plaintiff's counsel, Matthew L. Sharp and Dennis M. Prince, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 18th day of June, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 18th day of June, 2018, I electronically filed the foregoing **STIPULATION AND ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS [#21]** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Matthew L. Sharp, Esq. | Dennis M. Prince, Esq. |
| MATTHEW L. SHARP, LTD. | Tracy A. Eglet, Esq. |
| 432 Ridge Street | EGLET PRINCE |
| Reno, NV 89501 | 400 South 7th St., 4th Floor |
| matt@mattsharplaw.com | Las Vegas, NV 89101 |
| | eservice@egletlaw.com |

/s/ *Barbara Abbott*
An employee of PYATT SILVESTRI

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

3

CASE NO.: 2:17-cv-00181-JCM-VCF
*Thompson v. Allstate Insurance Company*
STIPULATION AND ORDER RESETTING HEARING