JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
*ALLSTATE FIRE AND*
*CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA THOMPSON,<br><br>       Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>       Defendant. | CASE NO.: 2:17-cv-00181-JCM-VCF |

### STIPULATION AND ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS [#21] (SECOND REQUEST)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, BRENDA THOMPSON, by and through her attorney, Dennis M. Prince, Esq., of the law firm of EGLET PRINCE, and Defendant ALLSTATE INSURANCE COMPANY (hereinafter "ALLSTATE"), by and through its attorney, James P.C. Silvestri, Esq., of the law firm of PYATT SILVESTRI, that the hearing on Plaintiff's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents [#21] be vacated and be continued to the Court's next available date due to Defendant, ALLSTATE INSURANCE COMPANY's attorney, James P.C. Silvestri, Esq. being summoned to appear for jury duty on July 2, 2018.

///

**Pyatt Silvestri**
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

1

*CASE NO.: 2:17-cv-00181-JCM-VCF*
*Thompson v. Allstate Insurance Company*
*STIPULATION AND ORDER RESETTING HEARING*

DATED this 29th day of June, 2018.

EGLET PRINCE                                          PYATT SILVESTRI

/s/ Dennis M. Prince                                 /s/ James P.C. Silvestri
DENNIS M. PRINCE, ESQ.                               JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 5092                                  Nevada Bar No. 3603
400 South 7th St., 4th Floor                         701 Bridger Avenue, Suite 600
Las Vegas, NV 89101                                  Las Vegas, Nevada 89101
eservice@egletlaw.com                                jsilvestri@pyattsilvestri.com
Attorney for Plaintiff, BRENDA THOMPSON              Attorney for Defendant,
                                                     ALLSTATE FIRE AND ASUALTY
                                                     INSURANCE COMPANY

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel

Defendant's Responses to Plaintiff's Second Request for Production of Documents [#21] will be

reset by the Court.

Dated this 2nd day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

PYATT SILVESTRI                                      IT IS HEREBY ORDERED that the hearing scheduled for
                                                     July 2, 2018 is VACATED and RESCHEDULED to 1:00
/s/ James P.C. Silvestri                             PM, July 16, 2018, in Courtroom 3D.
JAMES P.C. SILVESTRI, ESQ.
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
jsilvestri@pyattsilvestri.com
Attorney for Defendant,
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, June 29, 2018, I received concurrence from Plaintiff's counsel, Matthew L. Sharp and Dennis M. Prince, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of June, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI
Nevada Bar No. 3603


**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 29th day of June, 2018, I electronically filed the foregoing **STIPULATION AND ORDER RESETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS [#21] (SECOND REQUEST)** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Matthew L. Sharp, Esq.
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com

Dennis M. Prince, Esq.
Tracy A. Eglet, Esq.
EGLET PRINCE
400 South 7th St., 4th Floor
Las Vegas, NV 89101
eservice@egletlaw.com


/s/ Barbara Abbott
An employee of PYATT SILVESTRI

**Pyatt Silvestri**
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

3

*CASE NO.:  2:17-cv-00181-JCM-VCF*
*Thompson v. Allstate Insurance Company*
*STIPULATION AND ORDER RESETTING HEARING*