DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
E-Mail: eservice@egletlaw.com
Attorneys for Plaintiff
*Brenda Thompson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD THREE AFFIRMATIVE DEFENSES** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff BRENDA THOMPSON, through her attorneys of record, Dennis M. Prince, Esq., and Kevin T. Strong, Esq. of EGLET PRINCE, and Defendant ALLSTATE INSURANCE COMPANY, by and through its attorney, James P.C. Silvestri, Esq., of PYATT SILVESTRI, that the deadline for Plaintiff to file her Opposition to Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses shall be extended from September 11, 2018 to September 18, 2018. Defendant filed its Motion on August 28, 2018.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall have until September 25, 2018 to file its Reply in Support of Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses.

The purpose for requesting this extension is that Plaintiff's counsel prepared supplemental briefing regarding a discovery dispute in this matter for much of last week and filed such briefing on Friday, September 7, 2018. Additionally, Plaintiff's counsel has numerous responsive pleadings to pre-trial motions and dispositive motions to prepare for various cases in

1

the Eighth Judicial District Court of Nevada.

In light of these issues, pending the Court's approval, counsel for Defendant/Movant Allstate Insurance Company has graciously agreed to a one-week extension, through and until September 18, 2018 for Plaintiff to file her Opposition to Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses. This is the <u>first extension</u> requested in connection with the underlying motion and the parties do not anticipate requesting another extension as it relates to the instant motion. Therefore, the parties respectfully request this Court to approve the foregoing stipulation.

DATED this 11th day of September, 2018          DATED this 11th day of September, 2018


<u>/s/ Dennis M. Prince</u>                              <u>/s/ James P.C. Silvestri</u>
DENNIS M. PRINCE, ESQ.                        JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 5092                                 Nevada Bar No. 3603
KEVIN T. STRONG, ESQ.                          **PYATT SILVESTRI**
Nevada Bar No. 12107                               701 Bridger Avenue
**EGLET PRINCE**                                      Las Vegas, Nevada 89101
400 South 7th Street, 4th Floor                   Attorneys for Defendant
Las Vegas, Nevada 89101                         *Allstate Insurance Company*
Attorneys for Plaintiff
*Brenda Thompson*


### ORDER

**IT IS SO ORDERED.**

Dated this <u>11th</u> day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE