# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BRENDA THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | 2:17-cv-00181-JCM-VCF<br><br>**ORDER SETTING HEARING**<br><br>MOTION TO COMPEL [ECF NO. 21] AND MOTION TO SEAL [ECF NO. 44] |

      Before the Court are Plaintiff Brenda Thompson's Motion to Compel Defendant's Responses to Plaintiff's Second Request for Production of Documents (ECF No. 21) and Motion to Seal Exhibits in Support of Her Supplemental Brief (ECF No. 44).

      IT IS HEREBY ORDERED that a hearing on the Motion to Compel (ECF No. 21) and Motion to Seal (ECF No. 44) is scheduled for 11:00 AM, September 24, 2018, in Courtroom 3D.

      IT IS FURTHER ORDERED that on or before September 19, 2018, Plaintiff must file Exhibits 2 and 3 to her Supplemental Brief (ECF No. 45) under seal with the Court as required under Local Rule IA 10-5(a). ("[P]apers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal.") The Court will consider the exhibits and rule at the hearing on whether they will remain under seal.

      DATED this 12th day of September, 2018.

                                                                                         CAM FERENBACH<br>
                                                                                        UNITED STATES MAGISTRATE JUDGE