DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
E-Mail: eservice@egletlaw.com
Attorneys for Plaintiff
*Brenda Thompson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER TO ADD THREE AFFIRMATIVE DEFENSES (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff BRENDA THOMPSON, through her attorneys of record, Dennis M. Prince, Esq., and Kevin T. Strong, Esq. of EGLET PRINCE, and Defendant ALLSTATE INSURANCE COMPANY, by and through its attorney, James P.C. Silvestri, Esq., of PYATT SILVESTRI, that the deadline for Plaintiff to file her Opposition to Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses shall be extended from September 18, 2018 to September 25, 2018. Defendant filed its Motion on August 28, 2018.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall have until October 2, 2018 to file its Reply in Support of Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses.

The purpose for requesting this extension is that the undersigned counsel's associate attorney handling the briefing became unexpectedly ill for the better part of last week, which impacted his work schedule. In light of the same and pending the Court's approval, counsel for

Defendant/Movant Allstate Insurance Company has graciously agreed to a one-week extension, through and until September 25, 2018, for Plaintiff to file her Opposition to Defendant's Motion for Leave to Amend its Answer to Add Three Affirmative Defenses.

DATED this 18th day of September, 2018        DATED this 18th day of September, 2018

*/s/ Dennis M. Prince*        */s/ James P.C. Silvestri*
DENNIS M. PRINCE, ESQ.        JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 5092        Nevada Bar No. 3603
KEVIN T. STRONG, ESQ.        **PYATT SILVESTRI**
Nevada Bar No. 12107        701 Bridger Avenue
**EGLET PRINCE**        Las Vegas, Nevada 89101
400 South 7th Street, 4th Floor        Attorneys for Defendant
Las Vegas, Nevada 89101        *Allstate Insurance Company*
Attorneys for Plaintiff
*Brenda Thompson*

**ORDER**

**IT IS SO ORDERED.**

Dated this 27th day of September, 2018.

Cam Ferenbach
United States Magistrate Judge

2