JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
*ALLSTATE FIRE AND*
*CASUALTY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA THOMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND/OR TO STAY LITIGATION PENDING MEDIATION BY THE PARTIES (FIFTH REQUEST TO EXTEND DISCOVERY)** |

Pursuant to L.R. II 6-1 and 7.2, the parties, through their respective undersigned counsel, jointly submit this Stipulation to Extend Time to Complete Discovery. This is the second request made by the parties.

**I.**

**DISCOVERY COMPLETED TO DATE:**

**Plaintiff Brenda Thompson served Defendant Allstate Insurance Company with the following discovery to date:**

　　1.　　Plaintiff's Initial Disclosures Pursuant to FRCP 26(a)(1) served on March 14, 2017;

　　2.　　Plaintiff's First Set of Requests for Production of Documents served on April 20, 2017;

　　3.　　Plaintiff's Supplemental Disclosure Pursuant to FRCP 26(a)(1) served on May 16, 2017;

4. Plaintiff's Responses to Defendant Allstate Fire and Casualty Insurance Company's First Set of Requests for Admission served on July 5, 2017;

5. Plaintiff's Responses to Defendant Allstate Fire and Casualty Insurance Company's First Request for Production of Documents served on July 5, 2017;

6. Plaintiff's Answers to Defendant Allstate Fire and Casualty Insurance Company's First Set of Interrogatories served on July 12, 2017;

7. Plaintiff's First Set of Requests for Production of Documents to Allstate Insurance Company served on August 10, 2017;

8. Plaintiff's Second Supplement to the Early Case Conference Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) served on September 11, 2017;

9. Plaintiff's Responses to Defendant Allstate Fire and Casualty Insurance Company's Second Set of Request for Production of Documents served on September 13, 2017;

10. Plaintiff's Expert Disclosure FRCP 26(a)(2) served on October 20, 2017;

11. Plaintiff's Third Supplement to the Early Case Conference Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) served on December 14, 2017;

12. Plaintiff's Fourth Supplement to the Early Case Conference Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) served on June 18, 2018;

13. Plaintiff's First set of Interrogatories to Defendant Allstate Insurance Company served on June 21, 2018;

14. Plaintiff's Third Set of Requests for Production of Documents to Defendant Allstate Insurance Company served on June 21, 2018. To date, no response;

15. Plaintiff's Fourth Set of Requests for Production of Documents to Defendant Allstate Insurance Company served on June 22, 2018. To date, no response.; and

16. Plaintiff's Fifth Supplement to the Early Case Conference Disclosure of Documents and Witnesses Pursuant to FRCP 26(a)(1) served on June 28, 2018.

///

///

///

**Defendant Allstate Insurance Company served Plaintiff Brenda Thompson with the following discovery to date:**

1. Defendant's Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on March 16, 2017;

2. Defendant's First Supplemental to its Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on March 27, 2017;

3. Defendant Allstate Fire and Casualty Insurance Company's First set of Request for Admissions to Plaintiff served on March 29, 2017;

4. Defendant Allstate Fire and Casualty Insurance Company's First Set of Interrogatories to Plaintiff served on March 29, 2017;

5. Defendant Allstate Fire and Casualty Insurance Company's First Set of Request for Production of Documents to Plaintiff served on March 29, 2017;

6. Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents served on May 23, 2017;

7. Defendant Allstate Fire and Casualty Insurance Company's Second Set of Request for Production of Documents to Plaintiff served on July 10, 2017;

8. Defendant's Second Supplemental to its Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on August 1, 2017;

9. Defendant's Responses to Plaintiff's Second Set of Requests for Production of Documents served on October 2, 2017;

10. Defendant's Third Supplemental to its Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on November 30, 2017;

11. Defendant's Fourth Supplemental to its Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on March 5, 2018;

12. Defendant Allstate Fire and Casualty Insurance Company's Privilege Log served on March 5, 2018;

13. Defendant's Second Supplemental Responses to Plaintiff's Second Set of Requests for Production of Documents served on March 5, 2018;

14. Defendant Allstate Fire and Casualty Insurance Company's Privilege Log served on April 18, 2018;

15. Defendant's Errata to its Second (SIC) Supplemental Responses to Plaintiff's Second Set of Requests for Production of Documents served on June 20, 2018; and

16. Defendant's Errata to its Third Supplemental to its Initial List of Witnesses and Disclosure of Documents Pursuant to FRCP 26(F) served on June 20, 2018.

17. Defendant's Responses to Plaintiff's Fourth Set of Requests for Production of Documents, served on August 10, 2018

18. Defendant's Updated Supplemental Privilege Log, served on August 28, 2018;

19. Defendant's Answers to Plaintiff's First Set of Interrogatories, served on September 24, 2018;

20. Defendant's Fifth Supplemental Responses (Previously Referred to as "Defendant's Second [sic] Supplemental Responses") to Plaintiff's First Set of Requests for Production of Documents dated August 10, 2017, served on August 28, 2018

21. Defendant's Responses to Plaintiff's Third Set of Requests for Production of Documents, served on September 24, 2018;

22. Defendant's Responses to Plaintiff's Fifth Set of Requests for Production of Documents, served on October 1, 2018;

23. Defendant's Errata to its Responses to Plaintiff's First Set of Requests for Production of Documents, dated May 23, 2017, served on October 30, 2018

## II.

## DEPOSITIONS TAKEN TO DATE

1. Deposition of Plaintiff Brenda Thompson, November 29, 2017;

2. Deposition of Kristen Guzman, August 7, 2018, Phoenix, Arizona;

3. Deposition of Tammy Correa, August 16, 2018;

4. Deposition of M'Kaylah Fulton, September 18, 2018, Dallas, Texas;

5. Deposition of FRCP Rule 30(b)(6) witness for Marjorie Belsky, M.D. Inc., d/b/a Integrated Pain Specialists, September 20, 2018, Park City, Utah; INCOMPLETE

6. Deposition of Tara Edmonds, October 18, 2018, Northbrook, Illinois;

7. Deposition of Custodian of Records, Dr. Yvonne Barry, September 13, 2018

## III.

## PROPOSED DISCOVERY THAT REMAINS TO BE COMPLETED

**BY PLAINTIFF**

1. Satura Brown, previously set November 5, 2018, Birmingham, Alabama—Cancelled due to medical treatment for Defense counsel.

2. Brenda Michelle Collier, previously set November 6, 2018, Birmingham, Alabama--Cancelled due to medical treatment for Defense counsel.

3. Steve Plitt, Defendant's insurance expert, not set, tentative deposition date discussed for December 5, 2018, Phoenix, Arizona

4. Rule 30(b)(6) Witness-Allstate, not set, Las Vegas

**BY DEFENDANT**

1. Terrence M. Clauretie, Plaintiff's household services expert, deposition noticed by Defendant for November 14, 2018, Las Vegas—Cancelled due to agreement to mediate case.

2. Dr. David Oliveri, Plaintiff's medical expert, deposition noticed by Defendant for November 26, 2018, Las Vegas—Cancelled due to agreement to mediate case.

3. Joanna Moore, Plaintiff's insurance expert, deposition noticed by Defendant for November 8, 2018, California—Cancelled due to agreement to mediate case.

4. Dr. John Glasgow, Plaintiff's medical treating expert, deposition noticed by Defendant for November 7, 2018, Las Vegas—Cancelled due to agreement to mediate case.

5. Maria Machuca, PRN, Plaintiff's medical treating expert, date not agreed upon by parties, Las Vegas

6. Dr. Cesar Estela, witness listed by Plaintiff and Defendant, deposition noticed by Defendant for November 9, 2018 and re-noticed to November 29, 2018, Elk Grove, California—Cancelled due to agreement to mediate case.

7. Dr. Marjorie Belsky, Plaintiff's medical treating expert, tentatively agreed to by the witness for December 13, 2018 in Park City, Utah
8. Continued deposition of FRCP Rule 30(b)(6) witness for Marjorie Belsky, M.D. Inc., d/b/a Integrated Pain Specialists, tentatively agreed to by the witness for December 13, 2018 in Park City, Utah
9. Management Solutions, dates discussed, but not agreed upon by parties, Las Vegas
10. Branson Medical Group, dates discussed, but not agreed upon by parties, Las Vegas
11. Medical Practice Management Resources, dates discussed, but not agreed upon by parties, Temecula, California

## IV.

## REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED

The parties have been diligently working on completing discovery, which has included, and will include, several out of state depositions. Coordinating such between witnesses and counsel has been time consuming.

In addition, counsel for defense learned only on November 2, 2018 that he needed to undergo a medical procedure precluding travel. That procedure was completed on Monday, November 5, 2018 which precluded him from travelling for a time being.

In addition, certain discovery was delayed by the trial calendars of respective counsel with counsel for defense in trial in State court from October 8 through October 15, 2018 and counsel for Plaintiff readying for trial to begin on November 26, 2018.

Throughout this process, the parties have discussed the prospects of mediation. As of November, 13, 2018, the parties have agreed to submit this matter to mediation with Bruce Edwards, Esq. of JAMS. The parties are in the process of scheduling the mediations.

It is anticipated that the discovery to be completed is the sum total of all discovery needed to be completed.

## V.

## CURRENT DISCOVERY DEADLINES AND TRIAL DATE

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

| | |
|---|---|
| Last day to amend pleadings or add parties: | August 28, 2018; |
| Initial Expert Disclosure: | August 28, 2018; |
| Rebuttal Expert Disclosures: | September 27, 2018; |
| Discovery Cutoff: | November 26, 2018; |
| Dispositive Motions: | December 26, 2018; and |
| Trial: | *TBD*. |
| Joint Pretrial Order: | January 25, 2019 |

## VI.

## STAY AND/OR PROPOSED DISCOVERY

## DEADLINES AND TRIAL DATE

The parties have had good faith discussions about attempting to resolve this matter without incurring additional court time and litigation expenses. All counsel are seasoned enough to know whether mediation is a reasonable method for resolving the case and are not undertaking such to be wasteful of time or deleterious. Given the close proximity to holiday times, the parties would request reasonable stay of the litigation until January 31, 2019 to allow the mediation to be reasonably scheduled.

In addition, should the mediation not prove successful, the parties would request that discovery be continued according to the following dates:

| | |
|---|---|
| Last day to amend pleadings or add parties: | COMPLETED; |
| Initial Expert Disclosure: | COMPLETED; |
| Rebuttal Expert Disclosures: | COMPLETED; |
| Discovery Cutoff: | March 31, 2019 |
| Dispositive Motions: | June 1, 2019; and |
| Trial: | *TBD*. |
| Joint Pretrial Order: | July 1, 2019 |

/ / /

/ / /

/ / /

If dispositive motions are pending, the deadline will be suspended until 30 days after the decision(s) on the dispositive motions or further court order.

RESPECTFULLY SUBMITTED this 15th day of November, 2018.

| PYATT SILVESTRI | MATTHEW L. SHARP, LTD. |
|---|---|
| /s/ James P.C. Silvestri<br>JAMES P.C. SILVESTRI, ESQ.<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>jsilvestri@pyattsilvestri.com<br>Attorney for Defendant,<br>ALLSTATE FIRE AND<br>CASUALTY INSURANCE COMPANY | /s/ Matthew L. Sharp<br>MATTHEW L. SHARP, ESQ.<br>Nevada Bar No. 4746<br>432 Ridge Street<br>Reno, NV 89501<br>matt@mattsharplaw.com<br>Attorney for Plaintiff |

EGLET PRINCE

/s/ Dennis M. Prince
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
400 South Seventh St., Fourth Floor
Las Vegas, NV 89101
eservice@egletlaw.com
Attorneys for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  11-19-2018

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, November 15, 2018, I received concurrence from Plaintiff's counsel, Matthew L. Sharp, Esq. and Dennis M. Price, Esq., to file this document with their respective electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 15, 2018.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603