DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
E-Mail: eservice@egletlaw.com
Attorneys for Plaintiff
*Brenda Thompson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT ALLSTATE FIRE AND CAUSALTY INSURANCE COMPANY'S MOTION TO DEEM PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION AS "ADMITTED," OR, IN THE ALTERNATIVE, TO COMPEL RESPONSES TO REQUESTS FOR ADMISSIONS** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff BRENDA THOMPSON, through her attorneys of record, Dennis M. Prince, Esq., and Kevin T. Strong, Esq. of EGLET PRINCE, and Defendant ALLSTATE INSURANCE COMPANY, by and through its attorney of record, James P.C. Silvestri, Esq., of PYATT SILVESTRI, that the deadline for Plaintiff to file her Opposition to Defendant Allstate Fire and Casualty Insurance Company's Motion to Deem Plaintiff's Responses to Defendant's Requests for Admission as "Admitted," or, in the Alternative, to Compel Responses to Requests for Admissions shall be extended from April 26, 2019 to April 29, 2019. Defendant filed its Motion on April 12, 2019.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall have until May 6, 2019 to file its Reply in Support of its Motion to Deem Plaintiff's Responses to Defendant's Requests for Admission as "Admitted," or, in the Alternative, to Compel Responses to Requests for Admissions.

The purpose for requesting this brief extension is that counsel handling the briefing had to meet several other briefing deadlines in unrelated matters, including briefing related to a trial in the Eighth Judicial District Court in the matter of *Evans-Waiau et al. v. Tate*, Case No. A-16-736457-C. In light of the same and pending the Court's approval, counsel for Defendant/Movant Allstate Insurance Company has graciously agreed to a three-day extension, through and until April 29, 2019, for Plaintiff to file her Opposition to Defendant Allstate Fire and Casualty Insurance Company's Motion to Deem Plaintiff's Responses to Defendant's Requests for Admission as "Admitted," or, in the Alternative, to Compel Responses to Requests for Admissions

DATED this 26th day of April, 2019.　　　　DATED this 26th day of April, 2019.

*/s/ Kevin T. Strong*　　　　　　　　　　　*/s/ James P.C. Silvestri*
DENNIS M. PRINCE, ESQ.　　　　　　　JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 5092　　　　　　　　　　Nevada Bar No. 3603
KEVIN T. STRONG, ESQ.　　　　　　　　**PYATT SILVESTRI**
Nevada Bar No. 12107　　　　　　　　　701 Bridger Avenue
**EGLET PRINCE**　　　　　　　　　　　Las Vegas, Nevada 89101
400 South 7th Street, 4th Floor　　　　　　Attorneys for Defendant
Las Vegas, Nevada 89101　　　　　　　　*Allstate Insurance Company*
Attorneys for Plaintiff
*Brenda Thompson*

## ORDER

**IT IS SO ORDERED.**

Dated this 29th day of April, 2019.

_____
Cam Ferenbach
United States Magistrate Judge