# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BRENDA THOMPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>      Defendant. | 2:17-cv-00181-JCM-VCF<br><br>**ORDER** |

Before the court is Defendant, Allstate Fire and Casualty Insurance Company's Motion to Deem Plaintiff's Responses to Defendant's Requests for Admission as "Admitted," or, in the Alternative, to Compel Responses to Requests for Admission (ECF No. 61).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant, Allstate Fire and Casualty Insurance Company's Motion to Deem Plaintiff's Responses to Defendant's Requests for Admission as "Admitted," or, in the Alternative, to Compel Responses to Requests for Admission (ECF No. 61) is scheduled for 10:00 AM, June 6, 2019, in Courtroom 3D.

DATED this 14th day of May, 2019.

                                                                                        CAM FERENBACH<br>
                                                                                        UNITED STATES MAGISTRATE JUDGE