MATTHEW L. SHARP
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
(775) 284-0675 (fax)
matt@mattsharplaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | CASE NO.: 2:17-cv-00181-JCM-VCF<br><br>**STIPULATION & ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (Docket #68, #70 & #72)**<br>**(1st REQUEST)** |

Pursuant to LR II 7.1, the parties, through their respective undersigned counsel, jointly submit this Stipulation to Extend Time to File Oppositions to the Parties' Motions for Summary Judgment. This is the first request made by the parties.

**MOTIONS AFFECTED BY THIS STIPULATION**

1. On May 31, 2019, Plaintiff filed her Motion for Partial Summary Judgment Re: No Reasonable Basis to Refer Mrs. Thompson to the Special Investigation Unit [Docket #68]. The opposition to this motion would be due 14 days thereafter, June 13, 2019.

2. On May 31, 2019, Plaintiff filed her Motion for Partial Summary Judgment Re: Breach of the Duty to Cooperate [Docket #70]. The opposition to this motion would be due 14 days thereafter, June 13, 2019.

3. On May 31, 2019, Defendant filed its Motion for Summary Judgment [Docket #72]. The opposition to this motion would be due 14 days thereafter, June 13, 2019

The parties, hereby stipulate and agree that the time to file the oppositions to each of these motions be extended to July 1, 2019. The purpose of the stipulation is to allow the parties to have sufficient time to oppose the motions.

RESPECTFULLY SUBMITTED this ___ day of June, 2019.

| | |
|---|---|
| MATTHEW L. SHARP, LTD. | PYATT SILVESTRI |
| /s/ Matthew L. Sharp<br>MATTHEW L. SHARP, ESQ.<br>432 Ridge Street<br>Reno, NV 89501<br>matt@mattsharplaw.com | /s/ James P.C. Silvestri<br>JAMES P.C. SILVESTRI, ESQ.<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>jsilvestri@pyattsilvestri.com |
| In Association with<br>Dennis Prince & Tracey Eglet<br>EGLET PRINCE<br><br>Attorneys for Plaintiff | Attorney for Defendant |

## **ORDER**

**IT IS SO ORDERED.**

DATED June 17, 2019.

_____
UNITED STATES DISTRICT JUDGE