Matthew L. Sharp, Esq.
Nevada Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Dennis M. Prince, Esq.
Nevada Bar No. 5092
PRINCE LAW GROUP
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 534-7600
dprince@thedplg.com

Attorneys for Plaintiff BRENDA THOMPSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA THOMPSON, | CASE NO.: 2:17-cv-00181-JCM-VCF |
| Plaintiff, | |
| vs. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF PLAINTIFF'S COUNSEL

TO THIS HONORABLE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

Plaintiff BRENDA THOMPSON hereby substitutes the law firm of PRINCE LAW GROUP as her attorney of record in the place and stead of the law firm of EGLET PRINCE, nka EGLET ADAMS.

DATED this 30th day of July 1st ~~June~~ 2019.

/s/ Brenda Thompson
BRENDA THOMPSON

1

On behalf of EGLET PRINCE, nka EGLET ADAMS, I hereby consent to the foregoing substitution of counsel.

DATED this 27TH day of June 2019.

EGLET ADAMS

_____
Robert Adams, Esq.
400 South Fourth Street, Fourth Floor
Las Vegas, NV 89101
(702) 450-5400
Service@egletlaw.com

On behalf of PRINCE LAW GROUP, I hereby consent to the foregoing substitution of counsel.

DATED this 29 day of June 2019.

PRINCE LAW GROUP

_____
Dennis M. Prince, Esq.
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: (702) 534-7600
Facsimile: (702) 534-7601
Email: dprince@thedplg.com

IT IS SO ORDERED.

DATED this 31st day of July 2019.

_____
U.S. MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I hereby certify that I am an employee of Matthew L. Sharp, Ltd. and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James P.C. Silvestri, Esq.
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorney for Defendant, Allstate Insurance Co.

DATED this 30th day of ~~June~~ July 2019.

/s/ Cristin B. Sharp
Employee of Matthew L. Sharp, Ltd.