JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

*Attorney for Defendant,*
*ALLSTATE FIRE AND*
*CASUALTY INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA THOMPSON,<br><br>           Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>           Defendant. | CASE NO.:  2:17-cv-00181-JCM-VCF |

### STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(11)

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, BRENDA THOMPSON, and Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (erroneously named as ALLSTATE INSURANCE COMPANY), by an through their respective counsel, and the parties hereby notify the Court, that the above-captioned matter has settled and this matter should be dismissed in its entirety with prejudice, including all claims that were or could have been asserted herein, with prejudice.  Each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This case has been scheduled for trial on October 19, 2020, which shall be vacated.

| PYATT SILVESTRI | MATTHEW L. SHARP, LTD. |
|---|---|
| */s/ James P.C. Silvestri* | */s/ Matthew L. Sharp* |
| JAMES P. C. SILVESTRI, ESQ. | MATTHEW L. SHARP, ESQ. |
| Nevada Bar No. 3603 | Nevada Bar No. 4746 |
| 701 Bridger Ave., Suite 600 | 432 Ridge Street |
| Las Vegas, NV 89101 | Reno, NV 89501 |
| Attorneys for ALLSTATE PROPERTY | Attorneys for Plaintiff |
| AND CASUALTY INSURANCE COMPANY | BRENDA THOMPSON |

PRINCE LAW GROUP

/s/ Dennis M. Prince
Dennis M. Prince, Esq.
Nevada Bar No. 5092
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorneys for Plaintiff
BRENDA THOMPSON

## **ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on the 11th day of May, 2020, I received concurrence from Plaintiff's counsel, Matthew L. Sharp, and from Dennis M. Prince on the 18th day of May, 2020, respectively, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 18th day of May, 2020.

                                    */s/ James P.C. Silvestri*
                                    JAMES P.C. SILVESTRI
                                    Nevada Bar No. 3603

## **ORDER**

IT IS SO ORDERED:

                                    UNITED STATES DISTRICT COURT JUDGE

DATED June 1, 2020